
# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KARYN RAY,

      Plaintiff,

v.

      Case No. 12-14433
      Hon. Gerald E. Rosen
      Magistrate Judge Charles E. Binder

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     November 20, 2013

PRESENT:  Honorable Gerald E. Rosen
                   Chief Judge, United States District Court

On July 3, 2013, Magistrate Judge Charles E. Binder issued a Report and Recommendation ("R & R") recommending that the Court deny Plaintiff Karyn Ray's motion for summary judgment and grant the Defendant Commissioner of Social Security's motion for summary judgment.  No objections have been filed to the R & R.  Upon reviewing the R & R, the parties' underlying cross-motions for summary judgment, and the record as a whole, the Court fully concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

      Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's July 3, 2013 Report and Recommendation (docket #13) is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's January 14, 2013 motion for summary judgment (docket #9) is DENIED, and that Defendant's March 18, 2013 motion for summary judgment (docket #12) is GRANTED.

                              s/Gerald E. Rosen
                              Chief Judge, United States District Court

Dated: November 20, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 20, 2013, by electronic and/or ordinary mail.

                              s/Julie Owens
                              Case Manager, (313) 234-5135